Arvel D. LONG, Appellant,

v.

STATE of Missouri, Appellant.

ED 101354

Missouri Court of Appeals, Eastern District, **DIVISION THREE.**

Filed: March 10, 2015

Maleaner Harvey, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Karen L. Kramer, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before: Kurt S. Odenwald, P.J., Robert G. Dowd, Jr., J., and Gary M. Gaertner, Jr., J.

## *ORDER*

PER CURIAM.

Arvel Long appeals the motion court's judgment denying his motion for post-conviction relief without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal, and no error of law appears. An extended opinion would have no precedential value. The parties have been provided with a memorandum for their information only, setting forth the reasons for this order. The decision is affirmed. Mo. R. Civ. P. 84.16(b) (2014).